UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 18-882-MWF(AFMx)**                              Dated: **March 15, 2018**

Title:    Monica Rene Hall, et al. -v- JPMorgan Chase Bank, N.A., et al.

---

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                            None Present

**PROCEEDINGS (IN CHAMBERS):**   **COURT ORDER TAKING THE HEARING ON THE MOTIONS [7][9][11][13][14] OFF CALENDAR AND UNDER SUBMISSION**

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for submission on the papers without oral argument. Accordingly, the hearing set on the motions for March 26, 2018, (Defendant JPMorgan Chase's Motion to Dismiss Case [7]; Plaintiffs' Motion to Remand Case [9]; Plaintiffs' Motion (Writ of Mandamus) [11]; Plaintiffs' Motion to Disqualify Legal Counsel [13]; Defendants Mers, Select Portfolio Servicing, Us Bank Na's' Motion to Dismiss Case [14]) are vacated and taken off calendar. The Court will issue an order.

IT IS SO ORDERED.